# Exhibit A

## THE UNITED STATES OF AMERICA

To all to whom these presents shall come, GREETING:

WHEREAS it is provided by an Act of Congress entitled "An Act for the relief of the Mission Indians in the State of California" approved January twelfth Anno Domini one thousand eight hundred and ninety-one (26 Stats. 712), that "the Secretary of the Interior shall appoint three disinterested persons as Commissioners to arrange a just and satisfactory settlement of the Mission Indians residing in the State of California upon reservations which shall be secured to them."

"Sec. 2. That it shall be the duty of said Commissioners to select a reservation for each Band or Village of Mission Indians residing within said state which reservation shall include as far as practicable, the lands and villages which have been in the actual occupation and possession of said Indians, and which shall be sufficient in extent to meet their just requirements, which selection shall be valid when approved by the President and Secretary of the Interior."

"Sec. 3. That the Commissioners upon the completion of their duties shall report the result to the Secretary of the Interior, who if no valid objection exists shall cause a patent to issue for each of the reservations selected by the Commission and approved by him, in favor of each band or village of Indians occupying any such reservation, which patent shall be of the legal effect and declare that the United States does and will hold the land thus patented subject to the provisions of Section 4 of this act, for the period of twenty-five years, in trust for the sole use and benefit of the band or village to which it is issued, and that at the expiration of said period the United States will convey the same or the remaining portion not previously patented in severalty by patent to said band or village, discharged of said trust and free of all charges or incumbrance whatsoever."

AND WHEREAS it appears by a letter dated October twenty-sixth, eighteen hundred and ninety-five from the Commissioner of Indian Affairs, and an order dated October twenty-eighth from the Secretary of the Interior that a selection has been made by the Commissioners appointed and acting under said act of Congress of January twelfth eighteen hundred and ninety-one, for the Twenty-Nine Palms Band or Village of Mission Indians, covering the northwest quarter of Section four, Township one south Range nine east of the San Bernardino Meridian in the State of California containing one hundred and sixty and twenty-one hundredths of an acre.

NOW KNOW YE, That the United States of America in consideration of the premises and in accordance with the provisions of the third section of the said Act of Congress approved January twelfth eighteen hundred and ninety-one, Hereby declares that it does and will hold the said tracts of land selected as aforesaid (subject to all the restrictions and conditions contained in the said Act of Congress of January 12, 1891) for the



period of twenty-five years in trust, for the sole use and benefit of the said Twenty Nine Palms Band or Village of Mission Indians, according to the laws of California and at the expiration of said period the United States will convey the same or the remaining portion not patented to individuals, by patent to said Twenty Nine Palms Band or Village of Mission Indians as aforesaid in fee simple discharged of said trust and free of all charge or incumbrance whatsoever, Provided; That when patents are issued under the fifth section of said act of January twelfth eighteen hundred and ninety-one in favor of individual Indians for lands covered by this patent they will override (to the extent of the land covered thereby), this patent, and will separate the individual allotment from the lands held in common and there is reserved from the lands hereby held in trust for said Twenty Nine Palms Band or Village of Mission Indians, a right of way thereon, for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I, Grover Cleveland, President of the United States of America have caused these Letters to be made Patent and the Seal of the General Land Office to be hereunto affixed.

(SEAL)

GIVEN under my hand at the City of Washington this eleventh day of November in the year of our Lord one thousand eight hundred and ninety five and of the Independence of the United States the one hundred and twentieth.

11-11-1595

By the President    Grover Cleveland

By    M. McKean    Secretary

L. Q. C. Lamar
Recorder of the General Land Office

Rec. Vol. 20, Pages 467 to 470 inclusive.