JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTY-NINE PALMS BAND OF MISSION INDIANS, a federally recognized Indian Tribe,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. EDCV 08-1753-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Third Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: May 18, 2010

                              /s/ Virginia A. Phillips
                              VIRGINIA A. PHILLIPS
                              United States District Judge